UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(ALEXANDRIA DIVISION)

| | |
|---|---|
| Consumers Union of United States, Inc. <br><br> Plaintiff, <br> v. <br><br> Consumerreport.com, et al. <br><br> Defendants. | Civil Action No. 1:10-cv-268-LMB-TCB |

## NOTICE OF HEARING

Plaintiff Consumers Union of United States, Inc. ("Consumers Union"), by and through its undersigned counsel, hereby respectfully requests this Court to have the hearing regarding Plaintiff's **MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS** at the **Alexandria Division Courthouse, 401 Courthouse Square, Alexandria, Virginia, 22314-5718** be placed on the docket for **Friday, October 8, 2010, at 10 a.m.**, or as soon thereafter as Plaintiff may be heard.

Respectfully submitted

Dated:   September 28, 2010

                  /s/
Thomas W. Brooke (VSB No. 32388)
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006
Telephone: (202) 663-7271
Facsimile: (202) 955-5564
Email: thomas.brooke@hklaw.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 28 day of September 2010, the foregoing Plaintiff's Notice of Hearing for Plaintiff's Motion to Compel Production of Documents and Responses to Interrogatories was filed with the Clerk of Court using the CM/ECF system. Notification of this filing will be sent electronically to:

Brian N. Fletcher
The Fletcher Law Firm PLLC
2121 Eisenhower Ave., Suite 200
Alexandria, Virginia 22314
Tel: (703) 791-9055
Email: brian@fletcheriplaw.com

*Attorney for Registrant and Defendants*

                                                  /s/
                                Thomas W. Brooke (VSB No. 32388)
                                HOLLAND & KNIGHT LLP
                                2099 Pennsylvania Avenue, NW, Suite 100
                                Washington, DC 20006
                                Telephone: (202) 663-7271
                                Facsimile: (202) 955-5564
                                Email: thomas.brooke@hklaw.com

                                *Attorney for Plaintiff*