## EXHIBIT A

| Exhibit # | Document Description | Date |
|---|---|---|
| 1 | Bloomberg Business Week, magazine article | July 26, 2010 |
| 2 | Wall Street Journal, online news article | May 5, 2010 |
| 3 | New York Times, online news article | April 13, 2010 |
| 4 | USA Today, magazine article | October 20, 2010 |
| 5 | New York Times, online news article | July 17, 2005 |
| 6 | The Washington Post, online news article | October 5, 2004 |
| 7 | Los Angeles Times, online news article | May 15, 2006 |
| 8 | Chicago Tribune, online news article | May 13, 2010 |
| 9 | Wall Street Journal, online news article | January 11, 2005 |
| 10 | Wall Street Journal, online news article | May 14, 2007 |
| 11 | Wall Street Journal, online news article | May 19, 2009 |
| 12 | Seattle Times, online news article | February 3, 2010 |
| 13 | USA Today, online news article | March 11, 2003 |
| 14 | CBS News, online news article | January 28, 2003 |
| 15 | CNN Money, online news article | December 13, 2004 |
| 16 | Yahoo! Autos, online news article | March 2009 |
| 17 | CNN Money, online news article | March 9, 2004 |
| 18 | CNN Autos, online news article | October 27, 2005 |
| 19 | CNN Money, online news article | November 8, 2004 |
| 20 | CBS News, online news article | March 9, 2004 |
| 21 | Los Angeles Times, online news article | April 13, 2010 |
| 22 | Howtodothings.com, online news article | Fall 2010 |
| 23 | Brandchannel.com, online news article | November 17, 2003 |
| 24 | Dietspotlight.com, online news article | 2010 |
| 25 | NYDailynews.com, online news article | November 15, 2008 |
| 26 | http://abcnews.go.com/Business/video/inside-consumer-reports-test-labs-10641055, online video clip | May 13, 2010 |
| 27 | Theautochannel.com, online news article | 2002 |
| 28 | Forbes.com, online news article | 2004 |
| 29 | Chathamjournal.com, online news article | November 17, 2006 |
| 30 | Macworld.com, online news article | December 8, 2004 |
| 31 | History.com, online news article | July 8, 2004 |
| 32 | Furnituretoday.com, online news article | December 28, 2004 |
| 33 | CNN Money, online news article | May 17, 2000 |
| 34 | Washington Post, online news article | February 9, 2000 |
| 35 | CNN Money, online news article | June 3, 2008 |
| 36 | Theautochannel.com, online news article | April 2001 |
| 37 | Copies of websites located under Defendant Domain Names | February 2010 |
| 38 | Plaintiff's Requests for Admission | August 12, 2010 |
| 39 | Records from the US Patent and Trademark Office for Serial No. 78585162 | March 11, 2005 - November 5, 2007 |
| 40 | Records from the US Patent and Trademark Office for Registration Nos. 0672849, 2465186, 2738364, 3003972, 3388997, 3216342. | January 13, 1958 - February 26, 2008 |

| Exhibit # | Document Description | Date |
|---|---|---|
| 41 | Consumerreports.com, online news and information | October 21, 2010 |
| 42 | Consumer Reports Media Impression, chart | 2008-2010 |
| 43 | Total Interviews per year, chart | 2005-2010 |
| 44 | Reuters, news article | August 4, 2010 |
| 45 | New York Times, news article | July 19, 2010 |
| 46 | Technewsworld.com, online news article | August 3, 2010 |
| 47 | Dirtdiggersdigest.org, online news article | April 16, 2010 |
| 48 | Detroit Free Press, news article | February 24, 2010 |
| 49 | Newstex, news article | June 4, 2009 |
| 50 | Slate, magazine article | February 18, 2009 |
| 51 | Harris Interactive, news article | December 11, 2008 |
| 52 | Harris Interactive, news article | December 11, 2007 |
| 53 | Folio, magazine article | October 2007 |
| 54 | Fortune, magazine article | June 11, 2007 |
| 55 | Women's Wear Daily, news article | March 1, 2007 |
| 56 | Times-Picayune, news article | December 8, 2006 |
| 57 | engadget, news article | October 13, 2006 |
| 58 | Bank Marketing International, news article | September 2006 |
| 59 | Washington Post, news article | April 30, 2006 |
| 60 | The New York Times, news article | December 25, 2005 |
| 61 | Chicago Tribune, news article | May 22, 2005 |
| 62 | Orlando Sentinel, news article | March 17, 2005 |
| 63 | USA Today, news article | March 14, 2005 |
| 64 | Milwaukee Journal Sentinel, news article | March 4, 2005 |
| 65 | Associated Press, news article | February 21, 2008 |
| 66 | The Jacksonville Free Press, news article | August 26, 1998 |
| 67 | CTV Television, news article | January 27, 1998 |
| 68 | The Seattle Times, news article | January 18, 1998 |
| 69 | Newsday, news article | August 30, 1989 |
| 70 | The Miami Herald, news article | September 7, 1985 |
| 71 | The Miami Herald, news article | February 6, 1983 |

#9855842_v1