UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(ALEXANDRIA DIVISION)

| | |
|---|---|
| Consumers Union of United States, Inc.<br><br>    Plaintiff,<br>v.<br><br>Consumerreport.com, et al.<br><br>    Defendants. | Civil Action No. 1:10-cv-268-LMB-TCB |

## NOTICE OF WAIVER OF ORAL ARGUMENT

  Plaintiff Consumers Union of United States, Inc., by and through its undersigned counsel, hereby waives oral argument regarding its Motion for Sanctions in the Nature of Default Judgment and Award of Attorneys' Fees and Costs.


            Respectfully submitted

Dated: October 28, 2010

            _____/s/_____
            Thomas W. Brooke (VSB No. 32388)
            HOLLAND & KNIGHT LLP
            2099 Pennsylvania Avenue, NW, Suite 100
            Washington, DC 20006
            Telephone: (202) 663-7271
            Facsimile: (202) 955-5564
            Email: thomas.brooke@hklaw.com

            *Attorney for Plaintiff*

- 2 -

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 28th day of October 2010, the foregoing Plaintiff's Notice of Waiver of Oral Argument for Plaintiff's Motion for Sanctions in the Nature of Default Judgment and Award of Attorneys' Fees and Costs was filed with the Clerk of Court using the CM/ECF system.  Notification of this filing will be sent electronically to:

Brian N. Fletcher
The Fletcher Law Firm PLLC
2121 Eisenhower Ave., Suite 200
Alexandria, Virginia 22314
Tel: (703) 791-9055
Email: brian@fletcheriplaw.com

*Attorney for Registrant and Defendants*

      /s/
Thomas W. Brooke (VSB No. 32388)
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006
Telephone: (202) 663-7271
Facsimile: (202) 955-5564
Email: thomas.brooke@hklaw.com

*Attorney for Plaintiff*