```
                    UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF VIRGINIA
                          Alexandria Division

CONSUMERS UNION of UNITED STATES,   )
Inc.                                )
                                    )
          Plaintiff,                )
                                    )
     v.                             )  Civil Action No. 1:10cv268
                                    )
consumerreport.com, et al.,         )
                                    )
          Defendants.               )
```

ORDER

THIS MATTER came before the Court on the Court's invitation to plaintiffs to submit a statement of fees and costs incurred in connection with plaintiff's Motion to Compel Discovery, which was granted on October 8, 2010.

Based on the invoice and representations by plaintiff's counsel at Holland and Knight, LLP, it is hereby

ORDERED that registrant Netex Galaxy shall pay $3,548.00 to plaintiff within ten (10) days of this order.

ENTERED this 1st day of November 2010.

                                    _____/s/_____
                                    THERESA CARROLL BUCHANAN
                                    UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia