IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CONSUMERS UNION OF UNITED STATES, INC. | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) 1:10cv268 (LMB/TCB) ) |
| CONSUMERREPORT.COM, et al., | ) ) ) |
| Defendants. | ) |

### ORDER

Plaintiff has filed a Motion for Summary Judgment [Dkt. No. 36], which is scheduled for hearing on December 3, 2010 at 10:00 a.m.; however, a magistrate judge has issued a Report and Recommendation, which recommends entry of judgment in favor of plaintiff under Fed. R. Civ. P. 37. To date, no objections to the Report and Recommendation have been filed. Accordingly, Plaintiff's Motion for Summary Judgment has become moot, and it is hereby

ORDERED that the hearing on Plaintiff's Motion for Summary Judgment be and is CANCELED.

The Clerk is directed to remove the hearing from the Court's December 3, 2010 docket and forward copies of this Order to counsel of record.

Entered this 30 day of November, 2010.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge